

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 9 2004

at __2__ o'clock and _35_ min. _P_ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 04-00194 HG |
|  | ) |  |
| Plaintiff, | ) | ACCEPTANCE OF PLEA OF GUILTY, |
| vs. | ) | ADJUDICATION OF GUILT AND NOTICE |
|  | ) | OF SENTENCING |
| DANE P. KANESHINA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United

States Magistrate Judge, to which there has been no timely

objection, the plea of guilty to the Information is now Accepted

and the Defendant is Adjudged Guilty of such offense. All parties

shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____7 - 9 - 04_____.

_____
UNITED STATES DISTRICT JUDGE

GUILTY.ACP