# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00194HG |
| CASE NAME: | UNITED STATES OF AMERICA v. DANE P. KANESHINA |
| ATTY FOR PLA: | Marshall A. Silverberg, AUSA for Lawrence L. Tong, AUSA |
| ATTY FOR DEFT: | Philip H. Lowenthal, Esq. |
| U.S.P.O.: | JoAnn S. Hamaji |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | June 13, 2008 | TIME: | 10:15 - 10:20 |

COURT ACTION:    ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is in custody but not present at the hearing.
Defense counsel waives the appearance of defendant Dane P. Kaneshina.

Defense counsel represented to the Court that the defendant Dane P. Kaneshina is not admitting that he violated the terms of his supervised release.

The hearing on the Order to Show Cause Why Supervised Release Should Not Be Revoked is **CONTINUED** to June 27, 2008 at 2:30 p.m.

Submitted by: Mary Rose Feria, Courtroom Manager