AO 89 (Rev. 7/95) Subpoena in a Criminal Case

ORIGINAL

# United States District Court

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.

DANE KANESHINA

**SUBPOENA IN A CRIMINAL CASE**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 07 2008

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

CASE NUMBER: CR. NO. 04-00194-HG

TO: ANDRICK TONG

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>300 Ala Moana Blvd.<br>Honolulu, Hawaii | Chief Judge Helen Gillmor |
| | DATE AND TIME |
| | Monday, June 30, 2008 @ 1:30 p.m. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
SUE BEITIA
(BY) DEPUTY CLERK

DATE

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
Philip H. Lowenthal
33 N. Market Street, Suite 101
Wailuku, Hawaii  96793
(808) 242-5000

AO 89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

# PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 6/27/08 | USDC Hnl |
| SERVED | 6/30/08 | USDC Hnl |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| ANDRICK TONG | ☒ YES ☐ NO   AMOUNT $ 40.00 |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| ANDRICK TONG Philip Lowenthal | Atty. |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  6/30/08         _____
                 Date                       Signature of Server

_____
Address of Server

ADDITIONAL INFORMATION