ORIGINAL
AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court

_____ DISTRICT OF ___HAWAII___

United States of America

v.

Dane Kaneshina

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 07 2008

at _____ o'clock and _____ min. ___ M
SUE BEITIA, CLERK

**SUBPOENA IN A
CRIMINAL CASE**

CASE NUMBER:

CR. No.
04-00194-HG

TO: ELIZABETH FREITAS

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court<br>300 Ala Moana Blvd.<br>Honolulu, Hi | Chief Judge Helen Gillmor |
| | DATE AND TIME<br>Monday, June 30, 2008<br>1:30 p.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Records, files and recordings relating to polygraph examinations of Dane Kaneshina

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| SUE BEITIA | 6-26-08 |
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Philip Lowenthal
33 N. Market St.
Wailuku, Hi 96793
808 242-5000    808 572-9627(h)  808 280-6000(cell)

CR 04-00194HG

AO 89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 6/27/08 | Honolulu |
| SERVED | 6/30/08 | Hon. Dist. Ct. |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Elizabeth Freitas | ☒ YES  ☐ NO   AMOUNT $ 95.00 |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Philip Lowenthal | Attorney |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  6/30/08
　　　　　　　　Date

Signature of Server

33 N. Market St.
Address of Server
Wailuku, Hi  96793

ADDITIONAL INFORMATION